UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ANTOINE L. JOHNSON, | Case No. 14-cv-02306-YGR (PR) |
|---|---|
| | **ORDER OF DISMISSAL** |

This action was opened when the Court received from Plaintiff Antoine L. Johnson a letter addressed to the "United State[s] District Court," expressing his displeasure with the conditions of confinement in the prison at which he is currently housed, i.e., Salinas Valley State Prison in Soledad, California. In turn, the Clerk of the Court opened a case file, and sent a notice to Plaintiff advising him that he had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within twenty-eight days. The Clerk separately sent out a notice that this action was deficient due to the failure to pay the filing fee or furnish a completed and signed Court-approved in forma pauperis application, and cautioned that the action would be dismissed if he did not pay the fee or file the application materials within twenty-eight days.

Plaintiff then sent a letter stating that he did not intend to commence a new action but that he was just "complaining to the federal government" and "another inmate mailed [his] letter." (Docket No. 4). In light of Plaintiff's explanation that the letter was not intended to commence a new action, this action is DISMISSED as opened in error. No filing fee is due. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.14\Johnson2306.dism(error).docx